IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MIGUEL MEJIA, | ) |
| | ) CIVIL ACTION FILE NO. |
| Plaintiff, | )    2:22-CV-87-LGW-BWC |
| | ) |
| v. | ) For Violations of the Fair Labor |
| | ) Standards Act of 1938, As Amended |
| REID'S APOTHECARY and | ) |
| CHRISTOPHER GANTT, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement.

The Court reviewed the Settlement Agreement to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement and Release for all parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement and Release was reached between Plaintiff and Defendant in an adversarial context where both parties had legal representation.

Upon consideration of the Consent Motion Seeking Court Approval of Settlement and Dismissal with Prejudice, the Court **ORDERS** that the payment of

the settlement amount shall be made as provided in the Settlement Agreement and Release. The parties have agreed that they will be responsible for their own attorneys' fees and costs arising from or in any way related to the matters that are the subject of the Settlement Agreement except as set forth in the Settlement Agreement.

Accordingly, the Court **GRANTS** the parties' Joint Motion for Approval of Settlement Agreement, **APPROVES** the parties' Settlement Agreement, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE.**

IT IS SO ORDERED this 21 day of March, 2023.

LISA G. WOOD
United States District Judge